UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Douglas S. Stanger, Esquire
Flaster/Greenberg P.C.
646 Ocean Heights Avenue
Linwood, NJ 08221
(609) 645-1881
Counsel for Trustee
DS5141

**Order Filed on September 5, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey**

In Re:

Patricia Kauffman,

                    Debtors

| | |
|---|---|
| Case No.: | 18-21221-JNP |
| Judge: | Jerrold N. Poslusny, Jr. |
| Chapter: | 7 |

| Recommended Local Form: | ☑ Followed | ☐ Modified |
|---|---|---|

## ORDER AUTHORIZING
## RETENTION OF  FLASTER GREENBERG P.C.

The relief set forth on the following pages, numbered two (2) and three (3) is hereby
**ORDERED**.

**DATED: September 5, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

In re:     Kathleen Philippi _____

Case No.:    17-27709-ABA _____

Applicant:    Douglas S. Stanger, Esquire, Chapter 7 Trustee _____

(check all that apply) ☐ Trustee: ☑ Chap. 7      ☐ Chap. 11      ☐ Chap. 13.

    ☐ Debtor: ☐ Chap. 11      ☐ Chap. 13

    ☐ Official Committee of _____

Name of Professional:      Flaster Greenberg P.C. _____

Address of Professional:     646 Ocean Heights Avenue, Suite 103 ____

     Linwood, NJ  08221 _____

     _____

     _____

    ☐ Attorney for (check all that apply):

      ☑ Trustee   ☐ Debtor-in-Possession

      ☐ Official Committee of _____

    ☐ Accountant for:

      ☐ Trustee   ☐ Debtor-in-Possession

      ☐ Official Committee of _____

    ☐ Other Professional:

      ☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer

      ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.    The applicant is authorized to retain the above party in the professional capacity
    noted.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date of the original 341(a) hearing.

*Rev. 6/1/06; jml*