UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Douglas S. Stanger, Esquire
Flaster/Greenberg P.C.
646 Ocean Heights Avenue
Linwood, NJ 08221
(609) 645-1881
Counsel for Trustee
DS5141

**Order Filed on September 5, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey**

In Re:

Patricia Kauffman,

    Debtors

| | |
|---|---|
| Case No.: | 18-21221-JNP |
| Judge: | Jerrold N. Poslusny, Jr. |
| Chapter: | 7 |

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER AUTHORIZING
### RETENTION OF  FLASTER GREENBERG P.C.

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: September 5, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

In re:          Kathleen Philippi

Case No.:       17-27709-ABA

Applicant:      Douglas S. Stanger, Esquire, Chapter 7 Trustee

(check all that apply) ☐ Trustee: ☑ Chap. 7     ☐ Chap. 11     ☐ Chap. 13.

☐ Debtor:   ☐ Chap. 11     ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:        Flaster Greenberg P.C.

Address of Professional:     646 Ocean Heights Avenue, Suite 103

                             Linwood, NJ  08221

                             _____

                             _____

☐ Attorney for (check all that apply):

    ☑ Trustee   ☐ Debtor-in-Possession

    ☐ Official Committee of _____

☐ Accountant for:

    ☐ Trustee   ☐ Debtor-in-Possession

    ☐ Official Committee of _____

☐ Other Professional:

    ☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer

    ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.    The applicant is authorized to retain the above party in the professional capacity
      noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date of the original 341(a) hearing.

*Rev. 6/1/06; jml*

3

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-21221-JNP
Patricia Kauffman                                                     Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin           Page 1 of 1          Date Rcvd: Sep 05, 2018
                             Form ID: pdf903        Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2018.
db          +Patricia Kauffman,   530 West Ocean Heights Avenue,   Unit 3A,   Linwood, NJ 08221-1000
aty         +Andrew L. Miller,   Law Office of Andrew L. Miller,   1550 New Road,   Suite A,
              Northfield, NJ 08225-1100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0


           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2018 at the address(es) listed below:
          Douglas S. Stanger   on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
           nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
           dss@trustesolutions.net
          Douglas S. Stanger   doug.stanger@flastergreenberg.com,  nj02@ecfcbis.com,
           jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
          Rebecca Ann Solarz   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 4