UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Douglas S. Stanger, Esquire
Flaster/Greenberg P.C.
646 Ocean Heights Avenue
Linwood, NJ 08221
(609) 645-1881
Counsel for Trustee
DS5141

Order Filed on September 10, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:
Patricia Kauffman,
                Debtor

Case No.: 18-21221-JNP

Judge: Jerrold N. Poslusny, Jr.

Chapter: 7

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER AUTHORIZING
### RETENTION OF Law Office of Andrew L. Miller

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: September 10, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

In re: Patricia Kauffman

Case No.: 18-21221-JNP

Applicant: Douglas S. Stanger, Esquire, Chapter 7 Trustee

(check all that apply) ☒ Trustee: ☒ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.
☐ Debtor: ☐ Chap. 11   ☐ Chap. 13
☐ Official Committee of _____

Name of Professional: Law Office of Andrew L. Miller

Address of Professional: 1550 New Road, Suite A

Northfield, NJ 08221

☐ Attorney for (check all that apply):
☐ Trustee ☐ Debtor-in-Possession
☐ Official Committee of _____

☐ Accountant for:
☐ Trustee ☐ Debtor-in-Possession
☐ Official Committee of _____

☒ Other Professional:
☐ Realtor ☐ Appraiser ☒ Special Counsel ☐ Auctioneer
☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

3

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-21221-JNP
Patricia Kauffman                                                       Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Sep 10, 2018
                Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2018.
db         +Patricia Kauffman,   530 West Ocean Heights Avenue,   Unit  3A,   Linwood, NJ 08221-1000
aty        +Andrew L. Miller,   Law Office of Andrew L. Miller,   1550 New Road,   Suite A,
             Northfield, NJ 08225-1100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2018 at the address(es) listed below:
      Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
       nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
       dss@trustesolutions.net
      Douglas S. Stanger    doug.stanger@flastergreenberg.com,  nj02@ecfcbis.com,
       jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
      Rebecca Ann Solarz    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
       rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                  TOTAL: 4