**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
401 Market Street
Camden, NJ 08102
Telephone number: 856−361−2300

Honorable Jerrold N. Poslusny Jr., U.S. Bankruptcy Judge

| **CASE NUMBER:** 18−21221−JNP | **DATE FILED::** 6/1/18 |
|---|---|
| **In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):**<br>Patricia Kauffman<br>xxx−xx−6123 | **ADDRESS OF DEBTOR(S):**<br><br>530 West Ocean Heights Avenue<br>Unit 3A<br>Linwood, NJ 08221 |
| DEBTOR'S ATTORNEY:<br>Andrew L. Miller<br>Law Office of Andrew L. Miller<br>1550 New Road<br>Suite A<br>Northfield, NJ 08225<br><br>609−645−1599 | TRUSTEE:<br>Douglas S. Stanger<br>Flaster/Greenberg<br>646 Ocean Heights Avenue<br>Linwood, NJ 08221<br>(609) 645−1881 |

   It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

   It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

1/22/19

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

   **IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**


Dated: October 24, 2018                                         FOR THE COURT
                                                                Jeanne Naughton, Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-21221-JNP
Patricia Kauffman                                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2              Date Rcvd: Oct 24, 2018
                               Form ID: noa             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2018.
```
db            +Patricia Kauffman,    530 West Ocean Heights Avenue,    Unit  3A,   Linwood, NJ 08221-1000
aty           +Andrew L. Miller,    Law Office of Andrew L. Miller,    1550 New Road,    Suite A,
                Northfield, NJ 08225-1100
aty           +Flaster Greenberg, P.C.,    646 Ocean Heights Avenue, Suite 103,    Linwood,, NJ 08221-1011
517595815      CitiCards,   PO Box 9001037,    Louisville, KY 40290-1037
517595817     +Citimortgage,   PO Box 6728,    Sioux Falls, Sd 57117-6728
517595818     +City of Linwood,    400 Poplar Avenue,    Linwood, NJ 08221-1899
517595820     +Dr. David Sagransky,    1701 New Rd.,    Linwood, NJ 08221-1023
517595821     +Dr. Jeffrey Petersohn,    199 New Rd. #62,    Linwood, NJ 08221-2025
517595831     +Hyberg, White & Mann Law Firmr,    Executive Plaza,    2111 New Road,    Suite 105,
                Northfield, NJ 08225-1512
517595822      Linwood Mews Homeowners Assn.,     c/o Cardinal Management Group, Inc.,    PO Box 52358,
                Phoenix, AZ 85072-2358
517570004     +McCormick 106, LLC,    atty: Pluese, Becker & Saltzman, lLC,    20000 Horizon Way,    Suite 900,
                Mount Laurel, NJ 08054-4318
517570005     +Mr. Cooper,   8950 Cypres Waters Blvd.,    Coppell, TX 75019-4620
517579978     +Nationstar Mortgage LLC d/b/a Mr. Cooper,    KML Law Group, P.C.,    216 Haddon Avenue,
                Suite 406,    Westmont, NJ 08108-2812
517595823      Pace Orthopedics and Sports Medicine,    547 New Road,    Somers Point, NJ 08244-2038
517595824     +Pain Management Center,    PO Box 14000,    Belfast, ME 04915-4033
517595832     +Phillip S. Van Embden, Esq.,    900 E Pine St,    Millville, NJ 08332-3259
517595825     +Professional Program of New Jersey,    742 Alexander Road, Suite 105,    Princeton, NJ 08540-6327
517595826     +Shore Hospitalists, PA,    PO Box 19000,    Belfast, ME 04915-4085
517595833      Shore Medical Center,    PO Box 42972,    Philadelphia, PA 19101-2972
517595834     +The Beinhaker Law Firm, LLC,    33 Bleeker Street,    Suite 210,    Millburn, NJ 07041-1460
517595829      Xfinity,   Comcast,    PO Box 3001,    Southeastern, PA 19398-3001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 24 2018 22:25:42      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 24 2018 22:25:41      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517595813      EDI: AMEREXPR.COM Oct 25 2018 02:23:00      American Express,    PO Box 1270,
                Newark, NJ 07101-1270
517797581      EDI: BECKLEE.COM Oct 25 2018 02:23:00      American Express National Bank,
                c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517595830      E-mail/Text: clientrep@capitalcollects.com Oct 24 2018 22:25:56       Capital Collection Services,
                PO Box 150,    West Berlin, NJ 08091-0150
517595816      EDI: CITICORP.COM Oct 25 2018 02:23:00      Citicards CBNA,    PO Box 6241,    ibs Cdv Disputes,
                Sioux Falls, Sd 57117-6241
517595819      EDI: DISCOVER.COM Oct 25 2018 02:23:00      Discover Card,    PO Box 71084,
                Charlotte, NC 28272-1084
517595828     +E-mail/Text: jboehler@shorememorial.org Oct 24 2018 22:25:57      Shore Medical Center,
                100 Medical Center Way,    Somers Point, NJ 08244-2300
517595827      E-mail/Text: jboehler@shorememorial.org Oct 24 2018 22:25:57      Shore Medical Center,
                1 E. New York Avenue,    Somers Point, NJ 08244
                                                                                               TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517595814     ##Bayfront Emergency Physicians,    PO Box 3012,    Wilmington, DE 19804-0012
                                                                                               TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Oct 24, 2018
                              Form ID: noa             Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2018 at the address(es) listed below:
          Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
           nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
           dss@trustesolutions.net
          Douglas S. Stanger    doug.stanger@flastergreenberg.com,  nj02@ecfcbis.com,
           jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
          Rebecca Ann Solarz    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```