UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                             Case No.:  18-21221-JNP
                                                   Chapter:   vchChapter
Patricia Kauffman                                  Judge:     Jerrold N. Poslusny Jr.

---

NOTICE OF PROPOSED ABANDONMENT

---

DOUGLAS S. STANGER, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on November 27, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

$150,000.00   530 West Ocean Heights Avenue 3A  Linwood, NJ  08221

Liens on property:

$43,000.00  McCormicj 106, LLC

$75,000.00  Mr.  Cooper

Amount of Equity claimed as exempt:

$23,675.00

Objections must be served on, and requests for additional information directed to:

Name:        Douglas S. Stanger

Address:     646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221

Telephone No.  (609) 645-1881

```
                                  United States Bankruptcy Court
                                       District of New Jersey
In re:                                                                                  Case No. 18-21221-JNP
Patricia Kauffman                                                                       Chapter 7
         Debtor                               CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Oct 26, 2018
                               Form ID: pdf905              Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2018.
db             +Patricia Kauffman,   530 West Ocean Heights Avenue,   Unit  3A,   Linwood, NJ 08221-1000
aty            +Andrew L. Miller,   Law Office of Andrew L. Miller,   1550 New Road,   Suite A,
                 Northfield, NJ 08225-1100
aty            +Flaster Greenberg, P.C.,   646 Ocean Heights Avenue, Suite 103,   Linwood,, NJ 08221-1011
517595813       American Express,   PO Box 1270,   Newark, NJ  07101-1270
517797581       American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern  PA 19355-0701
517595815       CitiCards,   PO Box 9001037,   Louisville, KY  40290-1037
517595816       Citicards CBNA,   PO Box 6241,   ibs Cdv Disputes,   Sioux Falls, Sd  57117-6241
517595817      +Citimortgage,   PO Box 6728,   Sioux Falls, Sd 57117-6728
517595818      +City of Linwood,   400 Poplar Avenue,   Linwood, NJ 08221-1899
517595820      +Dr. David Sagransky,   1701 New Rd.,   Linwood, NJ 08221-1023
517595821      +Dr. Jeffrey Petersohn,   199 New Rd. #62,   Linwood, NJ 08221-2025
517595831      +Hyberg, White & Mann Law Firmr,   Executive Plaza,   2111 New Road,   Suite 105,
                 Northfield, NJ 08225-1512
517595822       Linwood Mews Homeowners Assn.,   c/o Cardinal Management Group, Inc.,   PO Box 52358,
                 Phoenix, AZ  85072-2358
517570004      +McCormick 106, LLC,   atty: Pluese, Becker & Saltzman, lLC,   20000 Horizon Way,   Suite 900,
                 Mount Laurel, NJ 08054-4318
517570005      +Mr. Cooper,   8950 Cypres Waters Blvd.,   Coppell, TX 75019-4620
517579978      +Nationstar Mortgage LLC d/b/a Mr. Cooper,   KML Law Group, P.C.,   216 Haddon Avenue,
                 Suite 406,   Westmont, NJ 08108-2812
517595823       Pace Orthopedics and Sports Medicine,   547 New Road,   Somers Point, NJ  08244-2038
517595824      +Pain Management Center,   PO Box 14000,   Belfast, ME 04915-4033
517595832      +Phillip S. Van Embden, Esq.,   900 E Pine St,   Millville, NJ 08332-3259
517595825      +Professional Program of New Jersey,   742 Alexander Road, Suite 105,   Princeton, NJ 08540-6327
517595826      +Shore Hospitalists, PA,   PO Box 19000,   Belfast, ME 04915-4085
517595833       Shore Medical Center,   PO Box 42972,   Philadelphia, PA 19101-2972
517595834      +The Beinhaker Law Firm, LLC,   33 Bleeker Street,   Suite 210,   Millburn, NJ 07041-1460
517595829       Xfinity,   Comcast,   PO Box 3001,   Southeastern, PA  19398-3001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 27 2018 00:22:57      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 27 2018 00:22:53      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517595830       E-mail/Text: clientrep@capitalcollects.com Oct 27 2018 00:24:13      Capital Collection Services,
                 PO Box 150,   West Berlin, NJ 08091-0150
517595819       E-mail/Text: mrdiscen@discover.com Oct 27 2018 00:22:10      Discover Card,   PO Box 71084,
                 Charlotte, NC  28272-1084
517595828      +E-mail/Text: jboehler@shorememorial.org Oct 27 2018 00:24:14      Shore Medical Center,
                 100 Medical Center Way,   Somers Point, NJ 08244-2300
517595827       E-mail/Text: jboehler@shorememorial.org Oct 27 2018 00:24:14      Shore Medical Center,
                 1 E. New York Avenue,   Somers Point, NJ  08244
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517595814      ##Bayfront Emergency Physicians,   PO Box 3012,   Wilmington, DE  19804-0012
                                                                                 TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                                       Signature:  /s/Joseph Speetjens

```
District/off: 0312-1         User: admin              Page 2 of 2              Date Rcvd: Oct 26, 2018
                             Form ID: pdf905          Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2018 at the address(es) listed below:
          Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
            nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
            dss@trustesolutions.net
          Douglas S. Stanger    doug.stanger@flastergreenberg.com,   nj02@ecfcbis.com,
           jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
          Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
            rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```