UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                              Case No.:  18-21221-JNP
                                                                    Chapter:   7
Patricia Kauffman                                                   Judge:     Jerrold N. Poslusny Jr.

---

### NOTICE OF PROPOSED ABANDONMENT

DOUGLAS S. STANGER, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: |
|---|
| Clerk, US Bankruptcy court<br>401 Market Street<br>Camden, NJ 08102 |

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on November 5, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

| Description and value of property: |
|---|
| $150,000.00  530 West Ocean Heights Avenue 3A  Linwood, NJ   08212 |

| Liens on property: |
|---|
| $43,000.00  McCormick 106, LLC<br>$75,000.00  Mr. Cooper |

| Amount of Equity claimed as exempt: |
|---|
| $23,675.00 |

Objections must be served on, and requests for additional information directed to:

Name:          Douglas S. Stanger

Address:       646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221

Telephone No.  (609) 645-1881

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 18-21221-JNP
Patricia Kauffman                                               Chapter 7
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin              Page 1 of 2              Date Rcvd: Oct 03, 2019
                               Form ID: pdf905          Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2019.
db             #+Patricia Kauffman,    530 West Ocean Heights Avenue,     Unit  3A,    Linwood, NJ 08221-1000
aty             +Flaster Greenberg, P.C.,    646 Ocean Heights Avenue, Suite 103,    Linwood,, NJ 08221-1011
517595813       American Express,    PO Box 1270,    Newark, NJ 07101-1270
517797581       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517595814       Bayfront Emergency Physicians,    PO Box 3012,    Wilmington, DE 19804-0012
517595815       CitiCards,    PO Box 9001037,    Louisville, KY 40290-1037
517595816       Citicards CBNA,    PO Box 6241,    ibs Cdv Disputes,    Sioux Falls, Sd 57117-6241
517595817      +Citimortgage,    PO Box 6728,    Sioux Falls, Sd 57117-6728
517595818      +City of Linwood,    400 Poplar Avenue,    Linwood, NJ 08221-1899
517595820      +Dr. David Sagransky,    1701 New Rd.,    Linwood, NJ 08221-1023
517595821      +Dr. Jeffrey Petersohn,    199 New Rd. #62,    Linwood, NJ 08221-2025
517595831      +Hyberg, White & Mann Law Firmr,    Executive Plaza,    2111 New Road,    Suite 105,
                 Northfield, NJ 08225-1512
517595822       Linwood Mews Homeowners Assn.,    c/o Cardinal Management Group, Inc.,     PO Box 52358,
                 Phoenix, AZ 85072-2358
517852678      +Linwood Mews Homeowners Association,     Norman L Zlotnick Esq, Hyberg White & Ma,
                 2111 New Road,    Suite 105,    Northfield, NJ 08225-1512
517570004      +McCormick 106, LLC,    atty: Pluese, Becker & Saltzman, lLC,    20000 Horizon Way,    Suite 900,
                 Mount Laurel, NJ 08054-4318
517570005      +Mr. Cooper,    8950 Cypres Waters Blvd.,    Coppell, TX 75019-4620
517579978      +Nationstar Mortgage LLC d/b/a Mr. Cooper,     KML Law Group, P.C.,    216 Haddon Avenue,
                 Suite 406,    Westmont, NJ 08108-2812
517867819      +Pace Orthopedics and Sports Medicine,     Van Embden, Van Embden & Giodano, PC,
                 900 E Pine Street, POB 863,    Millville, NJ 08332-0863
517595823       Pace Orthopedics and Sports Medicine,     547 New Road,    Somers Point, NJ 08244-2038
517595824      +Pain Management Center,    PO Box 14000,    Belfast, ME 04915-4033
517595832      +Phillip S. Van Embden, Esq.,    900 E Pine St,    Millville, NJ 08332-3259
517859600      +Professional Assistance Program of NJ,     Jonathan S. Goodgold, Esq,
                 33 Bleeker Street, Ste 210,    Millburn, NJ 07041-1460
517595825      +Professional Program of New Jersey,    742 Alexander Road, Suite 105,    Princeton, NJ 08540-6327
517595826      +Shore Hospitalists, PA,    PO Box 19000,    Belfast, ME 04915-4085
517595833       Shore Medical Center,    PO Box 42972,    Philadelphia, PA 19101-2972
517595834      +The Beinhaker Law Firm, LLC,    33 Bleeker Street,    Suite 210,    Millburn, NJ 07041-1460

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 03 2019 23:45:39      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 03 2019 23:45:35      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517595830       E-mail/Text: clientrep@capitalcollects.com Oct 03 2019 23:46:12      Capital Collection Services,
                 PO Box 150,    West Berlin, NJ 08091-0150
517843712       E-mail/Text: mrdiscen@discover.com Oct 03 2019 23:45:01      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517595819       E-mail/Text: mrdiscen@discover.com Oct 03 2019 23:45:01      Discover Card,    PO Box 71084,
                 Charlotte, NC 28272-1084
517595828      +E-mail/Text: jboehler@shorememorial.org Oct 03 2019 23:46:14      Shore Medical Center,
                 100 Medical Center Way,    Somers Point, NJ 08244-2300
517595827       E-mail/Text: jboehler@shorememorial.org Oct 03 2019 23:46:14      Shore Medical Center,
                 1 E. New York Avenue,    Somers Point, NJ 08244
517595829       E-mail/Text: documentfiling@lciinc.com Oct 03 2019 23:44:49      Xfinity,    Comcast,
                 PO Box 3001,    Southeastern, PA 19398-3001
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-1          User: admin                  Page 2 of 2                  Date Rcvd: Oct 03, 2019
                              Form ID: pdf905              Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2019 at the address(es) listed below:
          Andrew L. Miller    on behalf of Trustee Douglas S. Stanger millerar85252@notify.bestcase.com
          Andrew L. Miller    on behalf of Debtor Patricia   Kauffman millerar85252@notify.bestcase.com
          Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
           nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
           dss@trustesolutions.net
          Douglas S. Stanger    doug.stanger@flastergreenberg.com,   nj02@ecfcbis.com,
           jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
          Rebecca Ann Solarz    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 6
```